```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-02873-JJT
Michael R. Bennett                                              Chapter 13
Crystal A. Bennett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: karendavi          Page 1 of 1          Date Rcvd: Aug 14, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db/jdb         +Michael R. Bennett,   Crystal A. Bennett,   299 Bennett Road,   Julian, PA 16844-9303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    Ocwen Loan Servicing, LLC amanda.rauer@gmail.com,
               cblack@udren.com
              Brett L Messinger    on behalf of Creditor    Ocwen Loan Servicing, LLC BLMessinger@duanemorris.com,
               lmtryon@duanemorris.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
              Donald M Hahn    on behalf of Plaintiff Michael R. Bennett dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Plaintiff Crystal A. Bennett dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Michael R. Bennett dhahn@nittanylaw.com,   info@nittanylaw.com
              Donald M Hahn    on behalf of Joint Debtor Crystal A. Bennett dhahn@nittanylaw.com,
               info@nittanylaw.com
              Harry B Reese    on behalf of Creditor    OneWest Bank, FSB harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              Harry B Reese    on behalf of Creditor    Ocwen Loan Servicing, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com
              Lorraine Gazzara Doyle    on behalf of Creditor    OneWest Bank, FSB LDoyle@udren.com,
               vbarber@udren.com
              Morris Anthony Scott    on behalf of Creditor    Ocwen Loan Servicing, LLC mscott@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Ocwen Loan Servicing, LLC
               nlabletta@udren.com,  vbarber@udren.com
              Sherri  Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              Stuart  Winneg    on behalf of Creditor    Ocwen Loan Servicing, LLC swinneg@udren.com,
               cblack@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 15

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
MICHAEL R. BENNETT : Case No: 4-13-bk-02873-JJT
CRYSTAL A. BENNETT :
: Chapter 13

**ORDER**

AND NOW, upon consideration of the Fifth and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that counsel is allowed the sum of $1,347.50 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it for a total allowance of $1,347.50, from December 15, 2015, to May 15, 2017.

Dated: August 14, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)